IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:00-cv-244-GCM

| | |
|---|---|
| EDWIN WAYNE JOYCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LACY H. THORNBURG, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on Plaintiff's letter to the Court dated December 4, 2013, which has been docketed by the Clerk of this Court as a "Motion for Discovery." (Doc. No. 16). To the extent that the letter can be construed as a motion, the motion is denied as moot because this action was dismissed on November 21, 2000.

Signed: January 8, 2014

Graham C. Mullen
United States District Judge